**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**


**INDEMNITY INSURANCE COMPANY**
**OF NORTH AMERICA**

                **Plaintiff,**

    **v.**                            **Case No. 3:05cv476/RV/EMT**

**DARLENE MARTELL and KELCE**
**MARTELL,**

                **Defendants.**

_____/


**ORDER OF DISMISSAL**

      Upon consideration of the plaintiff's notice of voluntary dismissal pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, this case is now DISMISSED, without prejudice and without taxation of costs.

      DONE AND ORDERED this 7th day February, 2006.


                                /s/ *Roger Vinson*
                                **ROGER VINSON**
                                **Senior United States District Judge**